IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| LAFITTE'S COVE AT PIRATES' BEACH NATURE SOCIETY, § § § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. G-04-185 |
| v. § § | |
| U.S. ARMY CORPS OF ENGINEERS, et al., § § § | |
| Defendants. § | |

## SUPPLEMENTAL FINAL JUDGMENT

Although a Final Judgment has already been issued in this case, an Injunction was issued requiring the U.S. Army Corps of Engineers to properly analyze the permit application in question and prohibiting development of the Harbor and Sanctuary housing development until such an analysis was complete. The U.S. Army Corps of Engineers moved to lift the injunction on January 16, 2007. Additionally, Blackard Pirates Galveston Development L.P., Dorothy Carmichael, J. George Carmichael, and Graphic Techniques, Inc. filed Intervenor Complaints requesting that the Court dissolve the injunction. On this date, the Court entered an Order lifting said injunction. Therefore, the aforementioned Intervenor Complaints are **DISMISSED AS MOOT**. Any and all of Plaintiff's claims asserted against Defendants in this action are hereby **DISMISSED WITH PREJUDICE**. All relief not herein provided is expressly **DENIED**. Each Party is to bear its own taxable costs, expenses, and attorneys' fees incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED**.

**DONE** this 11th of May, 2007, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge